UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
AUSTON TYE DEAN,                    )
                                    )
            Petitioner,             )
                                    )
      v.                            )    Civil Action No. 08-0857 (PLF)
                                    )
MICHAEL B. MUKASEY, *et al.*,[1]    )
                                    )
            Respondents.            )
_____ )

ORDER

For the reasons explained in the Memorandum Opinion issued this same day, it is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 22, 2008

---

[1] Pursuant to Fed. R. Civ. P. 25(d), the Court substitutes the current Attorney General, Michael B. Mukasey, as a named respondent.