UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              )
AUSTON TYE DEAN,              )
                              )
       Petitioner,           )
                              )
   v.                         )   Civil Action No. 08-0857 (PLF)
                              )
MICHAEL B. MUKASEY, *et al.*, )
                              )
       Respondents.          )
_____)


ORDER

       This matter is before the Court on petitioner's motion for reconsideration of this Court's dismissal of his complaint without prejudice. As petitioner seeks relief from a final order, his motion should be considered under Rule 60(b) of the Federal Rules of Civil Procedure. As for Rule 60(b), it provides that

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief.

Fed. R. Civ. P. 60(b). Mr. Dean has neither alleged nor shown any of these circumstances.

Accordingly, it is hereby

2

ORDERED that petitioner's motion for reconsideration [5] is DENIED.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 8, 2008